IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARIA JORDAN, CRANDALL KELLY AND CARLA WEST<br>　　Plaintiffs, | §<br>§<br>§<br>§ | |
| | § | CIVIL ACTION NO. 4:16-cv-1204 |
| v. | §<br>§ | |
| CITY OF HOUSTON, TEXAS<br>　　Defendant. | §<br>§<br>§ | JURY DEMANDED |

## **PLAINTIFF CARLA WEST'S NOTICE OF APPEAL**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Notice is hereby given that Plaintiff Carla West hereby appeals to the United States Court of Appeals for the Fifth Circuit from the District Court's Order granting the Defendant's Motion for Summary Judgment and dismissing her claims with prejudice (Doc. #97), entered in this action on the 27th day of March, 2019.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　AHMAD & CAPODICE, PLLC

　　　　　　　　　　　　　　　　　　 /s/ Nasim Ahmad
　　　　　　　　　　　　　　　　　　Nasim Ahmad
　　　　　　　　　　　　　　　　　　Texas Bar No. 24014186
　　　　　　　　　　　　　　　　　　nahmad@ahmad-capodice.com
　　　　　　　　　　　　　　　　　　Dwain Capodice
　　　　　　　　　　　　　　　　　　Texas Bar No. 24031915
　　　　　　　　　　　　　　　　　　dwaincapodice@ahmad-capodice.com
　　　　　　　　　　　　　　　　　　24900 Pitkin, Suite 300
　　　　　　　　　　　　　　　　　　The Woodlands, Texas 77036
　　　　　　　　　　　　　　　　　　Telephone:  (832) 767-3207
　　　　　　　　　　　　　　　　　　Telecopier:  (281) 864-4379

　　　　　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFF
　　　　　　　　　　　　　　　　　　CARLA WEST

## CERTIFICATE OF SERVICE

On the 26th day of April, 2019, a true copy of the foregoing was served upon each party in accordance with the Federal Rules of Civil Procedure.

Deidra Sullivan
Dennis Jackson
City of Houston Legal Department
P.O. Box 368
Houston, Texas 77001-0368

/s/ Nasim Ahmad
Nasim Ahmad